NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN J. MAFFIA,                          )
                                           )
                    Appellant,             )
                                           )
v.                                         )          Case No. 2D15-3386
                                           )
STATE OF FLORIDA,                          )
                                           )
                    Appellee.              )
                                           )
_____)

Opinion filed April 11, 2018.

Appeal from the Circuit Court for Polk
County; Wayne Durden, Judge.

Ita M. Neymotin, Regional Counsel,
Second District, and Joseph Thye
Sexton, Assistant Regional Counsel,
Office of Criminal Conflict and Civil
Regional Counsel, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                    Affirmed.


LaROSE, C.J., and CRENSHAW and LUCAS, JJ., Concur.